UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donna Murry,

       Plaintiff,                            Case No. 07-14832

v.                                          Hon. Nancy G. Edmunds

Daimler-Chrysler Corp, Local 961,
United Auto Workers of America,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the motion to dismiss filed by Defendants International Union, UAW, and UAW Local 961 is GRANTED, and the claims against both the International Union, UAW, and UAW Local 961 are hereby DISMISSED WITH PREJUDICE.

       SO ORDERED.

                                                  s/Nancy G. Edmunds
                                                  Nancy G. Edmunds
                                                  United States District Judge

Dated: September 5, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2008, by electronic and/or ordinary mail.

                                                    s/Carol A. Hemeyer
                                                  Case Manager