UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donna Murry,

    Plaintiff,                                          Case No. 07-14832

v.                                                   Hon. Nancy G. Edmunds

Daimler-Chrysler Corp., et. al.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion to reopen case is hereby DENIED.

       SO ORDERED.


                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: February 2, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2009, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager